JUDGE BATTS    13 CV 0405

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK CARNEY and DANIEL
AUERBACH (collectively and professionally
known as "THE BLACK KEYS"); and THE
BLACK KEYS PARTNERSHIP d/b/a
MCMOORE MCLESST PUBLISHING,

        Plaintiffs,

      v.

CHESKY RECORDS, INC. d/b/a
MANHATTAN PRODUCTION MUSIC;
MANHATTAN PRODUCTION MUSIC, INC.;
and PINNACLE ENTERTAINMENT, INC.,

        Defendants.

CASE NO.

COMPLAINT

DEMAND FOR JURY TRIAL



JAN 17 2013

 

Plaintiffs Patrick Carney ("Carney") and Daniel Auerbach ("Auerbach") (collectively and professionally known as "The Black Keys") and Plaintiff The Black Keys Partnership d/b/a McMoore McLesst Publishing (collectively, "Plaintiffs"), by their attorneys, Mitchell Silberberg & Knupp LLP, for their Complaint against Defendants Chesky Records, Inc. d/b/a Manhattan Production Music, Manhattan Production Music, Inc. and Pinnacle Entertainment, Inc. (collectively, "Defendants") allege, upon knowledge as to their own acts and upon information and belief as to the acts of others, as follows:

## NATURE OF THE CLAIMS

1.     Plaintiffs bring this action to put an immediate stop to, and to obtain redress for, Defendants' blatant and purposeful infringement of the copyright in Plaintiffs' musical composition entitled "*Howlin' For You*".

2.     Plaintiffs are hugely successful musical artists and songwriters. Plaintiffs Carney and Auerbach comprise the Grammy Award-winning, critically acclaimed musical duo "The Black Keys". "*Howlin' For You*", which was co-written by Plaintiffs, is a single from their

Grammy Award-winning, platinum-selling album *"Brothers"*. *"Howlin' For You"* is one of The Black Keys' most licensed tracks, and has sold over 600,000 copies.

3.      Recognizing Plaintiffs' popularity, talent and goodwill, and in a brazen and improper effort to capitalize on Plaintiffs' hard-earned success, Defendants created and publicized (or caused to be created and publicized) commercial advertisements for Pinnacle's "L'Auberge" casinos which prominently feature significant portions of Plaintiffs' musical composition *"Howlin' For You"* without authorization from Plaintiffs.

4.      Defendants' conduct is causing, and unless immediately enjoined will continue to cause, enormous and irreparable harm to Plaintiffs.  Defendants may not continue to exploit Plaintiffs' musical composition without authorization in order to advertise to the public. Defendants' conduct must immediately be stopped and Plaintiffs must be compensated for Defendants' willful acts of infringement.

## JURISDICTION AND VENUE

5.      This is a civil action seeking damages and injunctive relief for copyright infringement under the United States Copyright Act, 17 U.S.C. § 101 *et seq.*, and for claims arising under the Lanham Act, 15 U.S.C. § 1051 *et seq.*

6.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (b).  This Court further has jurisdiction under 28 U.S.C. § 1367.

7.      This Court has personal jurisdiction over Defendants pursuant to, *inter alia*, New York Civil Practice Law and Rules §§ 301 and 302.

8.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), and/or § 1400(a).

## THE PARTIES

9.      Plaintiff Carney is a musical artist and a songwriter, a co-author of the musical composition entitled *"Howlin' For You,"* and a legal and/or beneficial owner of a copyright interest in and to that musical composition.

10.     Plaintiff Auerbach is a musical artist and a songwriter, a co-author of the musical composition entitled *"Howlin' For You,"* and a legal and/or beneficial owner of a copyright interest in and to that musical composition.

11.     Plaintiff The Black Keys Partnership d/b/a McMoore McLesst Publishing is a copyright owner and claimant in and to the musical composition *"Howlin' For You."*

12.     Upon information and belief, Defendant Chesky Records, Inc. d/b/a Manhattan Production Music ("Chesky Records" or "Manhattan Production Music") is a corporation organized and existing under the laws of the State of New York, with its principal place of business in New York, New York, and is engaged in the business of, among other things, composing musical compositions in connection with commercial advertisements.

13.     Upon information and belief, Defendant Manhattan Production Music, Inc. d/b/a Manhattan Production Music ("MPM") is a corporation organized and existing under the laws of the State of New York, with its principal place of business in New York, New York, and is engaged in the business of, among other things, composing musical compositions in connection with commercial advertisements.

14.     Upon information and belief, Chesky Records and MPM both do business as Manhattan Production Music.  They are collectively referred to as "Manhattan Production Music."

-3-

15.     Defendant Pinnacle Entertainment, Inc. ("Pinnacle") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Las Vegas, Nevada.  Pinnacle does business throughout the United States, and, upon information and belief, contracted with a New York company, Chesky and/or MPM, to create the infringing commercial advertisements at issue.  Pinnacle is engaged in the business of owning and operating casinos.

16.     Plaintiffs are informed and believe, and on that basis aver, that, at all times mentioned in this Complaint, each of the Defendants was the agent and/or alter ego of each of the other Defendants and, in doing the things alleged in this Complaint, was acting within the course and scope of such agency.

## STATEMENT OF FACTS

17.     Plaintiffs are the co-authors of the music and lyrics to the original musical composition *"Howlin' For You."*  Plaintiffs own the rights and title to the copyright in the composition *"Howlin' For You"* as authors and through their publishing entity McMoore McLesst Publishing.

18.     Plaintiffs registered the musical composition *"Howlin' For You"* with the United States Copyright Office on June 1, 2010.  A true and correct copy of such copyright registration is annexed hereto as Exhibit A.

19.     *"Howlin' For You"* was released on May 18, 2010 as part of The Black Keys' sixth album entitled *"Brothers,"* which album was released by Nonesuch Records, a division of the Warner Music Group.

20.     In or around August 2012, it came to Plaintiffs' attention that Defendants and/or their agents reproduced, distributed, and/or publicly performed an infringing musical composition (the "Infringing Music") substantially similar to *Howlin' For You* (the "Infringed Composition") without Plaintiffs' authorization in a commercial advertisement entitled "THAT'S THE LIFE" (and alternatively titled "GOOD TIMES") for Pinnacle's casino L'Auberge Casino Resort Lake Charles (the "First Infringing Advertisement").

21.     Upon information and belief, the First Infringing Advertisement began running on or around September 19, 2011.

22.     On or around August 15, 2012, in response to a "Tweet" by a fan of The Black Keys pointing out Defendants' unauthorized copying of the Infringed Composition, a representative of Pinnacle's L'Auberge casino publicly asserted that the First Infringing Advertisement embodying the Infringing Music contained a "fully licensed musical interpretation of the [Infringed Composition]." A true and correct copy of such statement is annexed hereto as Exhibit B.

23.     Additionally, on a YouTube webpage featuring the First Infringing Advertisement (http://www.youtube.com/watch?v=YMhzXFe8jcw&feature=plcp), a representative of Pinnacle with the username "ldlcasino" asserted that the Infringing Music contained in the First Infringing Advertisement is "a Licensed track inspired by Howlin' For You by the Black Keys". A true and correct copy of such You Tube webpage is annexed hereto as Exhibit C.

24.     Defendants do not have any license, authorization, permission or consent to use the Infringed Composition.

-5-

25.     On August 16, 2012, through The Black Keys' exclusive United States publishing administrator Wixen Music Publishing, Inc., Plaintiffs provided written notice to Defendant Pinnacle that the First Infringing Advertisement containing the Infringing Music violated Plaintiffs' copyrights in the Infringed Composition and demanded that Pinnacle immediately cease and desist from any further use thereof.

26.     Subsequently, in or around October 2012, it came to Plaintiffs' attention that Defendants and/or their agents again reproduced, distributed, and/or publicly performed the Infringing Music without Plaintiffs' authorization in a second commercial advertisement for another of Pinnacle's casinos entitled "LEGENDARY MOMENTS AWAIT" (the "Second Infringing Advertisement"). The Second Infringing Advertisement was featured on the YouTube webpage http://www.youtube.com/watch?v=hz-y0LXroVU&feature=plcp.

27.     Defendants continue to willfully, intentionally and purposefully use and exploit the Infringing Music for their own financial benefit with full knowledge that such use constitutes infringement of, and is in disregard of, Plaintiffs' right.

28.     Defendants' conduct also evidences a clear intent to create a likelihood of confusion and attempt to improperly trade off of The Black Keys' name and goodwill. In addition to the foregoing acts, Chesky and/or MPM's website featured a search tool under which a search for "black keys" led to a featured performance of the Infringing Music under the title "*The Howler*", a title confusingly similar to the title of "*Howlin' For You*", the Infringed Composition. A true and correct copy of a screen shot dated August 20, 2012 reflecting the results from a search for "black keys" on the Manhattan Production Music website is annexed hereto as Exhibit D.

-6-

<u>COUNT I</u>

**FOR COPYRIGHT INFRINGEMENT**
**PURSUANT TO 17 U.S.C. §§ 106 and 501**

**[By Plaintiffs Against Defendants]**

29.     Plaintiffs restate and incorporate by reference the allegations contained in paragraphs 1 through 28 as if fully stated herein.

30.     Through their conduct as alleged herein, Defendants have infringed Plaintiffs' copyright in the Infringed Composition by reproducing, distributing, and/or publicly performing it without authorization in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

31.     Defendants' acts of infringement were willful, intentional and purposeful, in disregard of and with indifference to Plaintiffs' rights.

32.     As a direct and proximate result of the infringement by Defendants, Plaintiffs are entitled to damages in an amount to be proven at trial.

33.     Plaintiffs are also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of and a constructive trust with respect to such profits.

34.     Alternatively, the Plaintiffs are entitled to maximum statutory damages of $150,000 for each act of copyright infringement or such other amount as may be proper under 17 U.S.C. § 504(c).

35.     Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

36.     As a direct and proximate result of Defendants' acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Plaintiffs are informed and believe and on that basis allege that unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiffs'

rights in the Infringed Composition.  Plaintiffs are entitled to preliminary and permanent

injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## COUNT II

### FOR FALSE DESIGNATION OF ORIGIN
### PURSUANT TO 15 U.S.C. § 1125(a)

**[By Plaintiffs Against Defendants]**

37.     Plaintiffs restate and incorporate by reference the allegations contained in

paragraphs 1 through 36 as if fully stated herein.

38.     Plaintiffs holds valid federal trademark registrations for the mark "The Black

Keys" on the Principal Register for, *inter alia*, entertainment services, clothing, phonograph

records, compact discs, pre-recorded videotapes containing musical performances, and pre-

recorded audiotapes and cassettes containing musical performances (collectively, Plaintiff's

"Black Keys Marks").

39.     Defendants have used Plaintiffs' Black Keys Marks in commerce without

authorization in connection with the advertising of Defendants' products or services in a manner

which is likely to cause confusion and to deceive the public into believing that Defendants'

products and services are affiliated with, associated with, sponsored by and/or approved by

Plaintiffs, and which falsely misrepresents the nature, origin and character of Defendants'

products and services as being affiliated with, associated with, sponsored by and/or approved by

Plaintiffs.

-8-

40.     The services that Defendants are promoting with the Black Keys Marks are identical or related to Plaintiffs' goods and services offered under those marks.

41.     Plaintiffs have no control over the quality of the services that Defendants provide in connection with the Black Keys Marks.  As a consequence, the favorable goodwill that Plaintiffs have developed in their valuable Black Keys Marks is at risk as a result of Defendants' use of the Black Keys Marks.

42.     Defendants advertise their products or services to the same consumers and sell their services through the same channels of trade as Plaintiffs.  In connection with their commercial advertisements and promotion thereof, Defendants have used words and descriptions that falsely and misleadingly describe their Infringing Music as affiliated with, associated with, and/or sponsored by Plaintiffs.  Defendants have also misrepresented the origin, nature and character of their Infringing Music as associated with, approved by, sponsored by and/or licensed by the Plaintiffs.

43.     Defendants' actions constitute false designation of origin which are likely to cause confusion, mistake or deception among consumers as to Defendants' products or services' supposed affiliation, connection or association with Plaintiffs, and to give the false or misleading impression as to the origin, sponsorship or approval of Defendants' products or services, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1).

44.     Defendants' violations of Section 43(a) of the Lanham Act have been and are knowing, willful, intentional and deliberate.

-9-

45.     Unless enjoined by the Court, Defendants will continue to violate Plaintiffs' rights and to cause confusion, mistake and deception, thereby causing immediate and irreparable injury to Plaintiffs.

46.     Plaintiffs have no adequate remedy at law.

47.     Plaintiffs are entitled to an injunction restraining Defendants, their agents and employees, and all persons acting in concert with any one or more of them, from engaging in any of the foregoing acts pursuant to Section 34 of the Act, 15 U.S.C. § 1116.

48.     Plaintiffs have suffered damages as a proximate result of Defendants' infringing acts and are entitled to recover Defendants' profits attributable to their acts of infringement, along with damages, costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1117(a).

## COUNT III

## UNFAIR COMPETITION

### [By Plaintiffs Against Defendants]

49.     Plaintiffs restate and incorporate by reference the allegations contained in paragraphs 1 through 48 as if fully stated herein.

50.     Defendants intended to and did trade on the goodwill associated with the Black Keys, willfully and in bad faith, by using in commerce the Black Keys' name and mark without Plaintiffs' authorization or approval in a false and misleading manner.

51.     Defendants' infringing acts as alleged herein have caused and are likely to cause confusion, mistake and deception to consumers as to the affiliation, connection or association of Defendants with Plaintiffs, and as to the origin, sponsorship or approval of Defendants' products

and services, all to the damage and detriment of Plaintiffs and Plaintiffs' reputation and goodwill.

52.     Defendants' acts are greatly and irreparably damaging to Plaintiffs and will continue to do damage unless restrained by the Court; wherefore, Plaintiffs are without an adequate remedy at law.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, jointly and severally, as follows:

1.     For statutory and/or compensatory damages in such amount as may be found, or as otherwise permitted by law;

2.     For an accounting of, and the imposition of constructive trust with respect to, Defendants' profits attributable to their infringements of Plaintiffs' copyright in the Infringed Composition;

3.     For a preliminary and permanent injunction prohibiting Defendants, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from continuing to infringe Plaintiffs' copyright in the Infringed Composition;

4.     For a preliminary and permanent injunction prohibiting Defendants, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from (a) using in any form or manner the name or mark "The Black Keys," or any other name, trade name, trademark or service mark consisting, in whole or in part, of the term "The Black Keys," or any confusingly

similar name, trade name, trademark, or service mark; (b) expressly or impliedly representing

themselves or their goods or services as being affiliated in any manner with Plaintiffs or as

authorized, sponsored, or endorsed by or otherwise connected with Plaintiffs; (c) engaging in any

conduct which will cause or is likely to cause confusion, mistake or misunderstanding as to the

source, affiliation, connection, or association of Defendants or their products or services with

Plaintiffs or their products or services; or (d) otherwise infringing upon the trademark rights of

Plaintiffs or unfairly competing with Plaintiffs in any manner whatsoever;

5.     For prejudgment interest according to law;

6.     For Plaintiffs' attorneys' fees, costs, and disbursements in this action;

7.     For such other and further relief as the Court may deem just and proper.


DATED:   New York, New York            MITCHELL SILBERBERG & KNUPP LLP
         January 17, 2013


                                       By: _____
                                           Christine Lepera (CL 9311)
                                           Christina E. Djordjevich (CD 6262)
                                           12 East 49th Street, 30th Floor
                                           New York, New York 10017
                                           Telephone: (917) 546-7703
                                           Facsimile: (917) 546-7673

                                           Attorneys for Plaintiffs


-12-

**<u>JURY DEMAND</u>**

Plaintiffs demand a trial by jury.

DATED:   New York, New York
          January 17, 2013

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Christine Lepera (CL 9311)
Christina E. Djordjevich (CD 6262)
12 East 49th Street, 30th Floor
New York, New York 10017
Telephone: (917) 546-7703
Facsimile: (917) 546-7673

Attorneys for Plaintiffs

-13-

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**PA 1-698-031**

Effective date of
registration:
June 1, 2010

## Title

Title of Work: Brothers

Contents Titles: Everlasting Night

Next Girl

Tighten Up

Howlin' For You

She's Long Gone

Black Mud

The Only One

Too Afraid To Love You

Ten Cent Pistol

Sinister Kid

The Go Getter

I'm Not The One

Unknown Brother

These Days

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: May 18, 2010   Nation of 1st Publication: United States

## Author

* Author: Dan Auerbach

Author Created: music, lyrics

Citizen of: United States   Domiciled in: United States

* Author: Patrick Carney

Author Created: music, lyrics

Citizen of: United States   Domiciled in: United States

Page 1 of 2

## Copyright claimant

Copyright Claimant:   McMoore McLeast Publishing

24025 Park Sorrento, Suite 130, Calabasas, CA, 91302, United States

Transfer Statement:   By written agreement

## Certification

Name:   Randall Wixen

Date:   May 26, 2010



Registration #:    PA0001698031

Service Request #:    1-409398011



Wixen Music Publishing, Inc.
Jennifer Suomi
24025 Park Sorrento
Suite 130
Calabasas, CA 91302 United States

# EXHIBIT B



**Tweet**    **DonKelly**

**Aug 12, 2012 12:19:33 AM**

L'Auberge Baton Rouge - nice ripoff of Black Keys for music in your television commercial. Pay the license fee or use something else. #cheap

**Aug 15, 2012 9:59:11 PM**



@DonKelly we bought a fully licensed musical interpretation of the song.

**Aug 15, 2012 10:32:44 PM**

@LaubergeBR Thanks for admitting my exact point. Can't use Black Keys, so let's copy it. Using soundalikes is pathetic. cc: @patrickcarney




296

Tweet **Profile**

# L'Auberge BatonRouge

@LaubergeBR

Baton Rouge, La

**http://mylauberge.com**

L'Auberge Baton Rouge is a premier southern La. destination opening Aug. 29, 2012. Gaming problem? Please call 1-800-522-4700. Must be 21+ to follow.

**321 Tweets** >

**3 Favorites** >

**493 Following** >

**683 Followers** >

296

# EXHIBIT C

Browse | Movies | Upload    jbflatt ▾

## That's the Life! L'Auberge Casino Resort Lake Charles

| ldlcasino | Subscribe | 72 videos ▾ |

 **Black & White 7 Sevens Slot Machine 1,000**
by Videopokerplayer85
2,141 vie FEATURED VIDEO

 **Hitting a MEGABUCKS Jackpot as it happens**
by boyetoby
114,438 views

 **I-10 & I-210: Lake Charles, LA**
by Freewayjim
8,240 views

 **L'auberge du lac Hotel and Casino/ Lake**
by eviebrown48
3,021 views

 **Sullen Girl - Fiona Apple**
by sheilswong
283,714 views

 **L'Auberge Done Right!!!!**
by ramilen
5,389 views

 **Dean Martin's Wild Party Slot Win 01-28-11**
by SlotLady723
18,450 views

| Like | Add to | Share | | 4,278 |
| --- | --- | --- | --- | --- |

19 likes, 10 dislikes

Uploaded by ldlcasino on Sep 22, 2011
What do you think of the new commercial? Let us know!

Category:
Entertainment
License:
Standard YouTube License

**Show less**

 **DoubleDown Casino Exploit!**
by xWislerx
18,955 views

 **Visiting the casinos of Biloxi and The**
by americancasinoguide
7,966 views

### Uploader Comments ( ldlcasino )

What is this song?
dotnetpro   10 months ago


It's a Licensed track inspired by Howlin' For You by the Black Keys
ldlcasino   in reply to dotnetpro 4 months ago

 **TANK LIVE! - LAKE CHARLES, LOUISIANA**
by dczee337
9,324 views

### All Comments (19)    see all

 | Respond to this video... |

This is third company I know of that used a track "inspired by" The Black Keys. The worst offender is SAP, a gigantic corporation that could certainly afford to license the real thing. Bottom line is that these companies are behaving badly. I hope litigation will correct the situation.
thenathanjo   6 days ago

 **Trouble Makers "Welcome to Lake**
by terryloveworld
19,707 views

KICK THEIR CORPERATE ASSES PAT
TheNightwing99   6 days ago

used with permission! their drummer just saw it.
robb2155   6 days ago

 **Dean Martin's Vegas Shindig Slot Bonus -**
by nyphinix13
21,106 views

Less "inspired by" and more "ripped off from."
John Schwarzkopf   6 days ago

 **" A PARIS " - Yves Montand - No 3.wmv**
by MultiZanas
6,019 views

rip off of howlin' for you!!!

**The Lotus casino**
by DaughterOfMusicGod
54,415 views

www.youtube.com/watch?v=YMhzXFe8jcw&feature=youtu.be

# EXHIBIT D

Manhattan Production Music - Track List

http://manhattan.sourceaudio.com/#explorer?s=howler



8/20/2012 1:59 PM