UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
---------------------------------------------------------------x

PATRICK CARNEY and DANIEL
AUERBACH (collectively and professionally
known as "THE BLACK KEYS"); and THE
BLACK KEYS PARTNERSHIP d/b/a
MCMOORE MCLESST PUBLISHING,

          Plaintiffs,

- against -

CHESKY RECORDS, INC. d/b/a
MANHATTAN PRODUCTION MUSIC;
MANHATTAN PRODUCTION MUSIC, INC.;
and PINNACLE ENTERTAINMENT, INC.,

          Defendants.
---------------------------------------------------------------x

Index No. 13 Civ. 0405 (DAB) (SN)

**STIPULATION**

**ECF CASE**

**IT IS HEREBY STIPULATED AND AGREED**, by and among counsel for the undersigned plaintiffs Patrick Carney and Daniel Auerbach (collectively and professionally known as "The Black Keys") and The Black Keys Partnership d/b/a McMoore McLesst Publishing, and counsel for defendants Chesky Records, Inc. (sued herein as Chesky Records, Inc. d/b/a Manhattan Production Music), Chesky Productions, Inc. d/b/a Manhattan Production Music (sued herein as Manhattan Production Music, Inc.), and Pinnacle Entertainment, Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above captioned action be, and hereby is, dismissed with prejudice in its entirety, without costs to any party, and with each party to bear its own attorney's fees.

This stipulation may be executed in counterparts, all of which when signed shall constitute a single stipulation. Facsimile copies of this stipulation and signatures thereon shall be valid and binding on the parties.

Dated:  New York, New York
~~July~~ __, 2013
August 5,

| | |
|---|---|
| MITCHELL SILBERBERG & KNUPP LLP | DAVIS WRIGHT TREMAINE LLP |
| By: *(signature)* | By: *(signature)* |
| Christine Lepera | Marcia B. Paul |
| 12 East 49th Street, 30th floor | Eric J. Feder |
| New York, NY  10017 | 1633 Broadway – 27th Floor |
| Telephone: (917) 546-7703 | New York, NY  10019 |
| Facsimile: (917) 546-7673 | Telephone: (212) 489-8230 |
| | Facsimile:  (212) 489-8340 |
| *Attorneys for Plaintiffs Patrick Carney and Daniel Auerbach (collectively and professionally known as "The Black Keys"); and The Black Keys Partnership d/b/a McMoore McLesst Publishing* | *Attorneys for Defendants Chesky Records, Inc. (sued herein as Chesky Records, Inc. d/b/a Manhattan Production Music); Manhattan Production Music, Inc.; and Pinnacle Entertainment, Inc.* |

SO ORDERED:

_____
Hon. Deborah A. Batts, U.S.D.J.

Dated: _____